February 5, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

CYPRESS CREEK EMERGENCY MEDICAL SERVICES ASSOCIATION, SEAN THOMAS RICHARDSON, AND WILLIAM HENRY MAY, Appellants

NO. 14-14-00895-CV               V.

BARBARA COATS, INDIVIDUALLY, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JAMAIL AMRON, DECEASED AND AS HEIR TO THE ESTATE OF JAMAIL AMRON, DECEASED; AND ALI AMRON, INDIVIDUALLY AND AS HEIR TO THE ESTATE OF JAMAIL AMRON, DECEASED, Appellees

_____

Today the Court heard appellant's motion to dismiss the appeal from the orders signed by the court below on October 14, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.